IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,

v.                                             **Judgment in a Civil Case**

JOSEPH FRANK,
        Respondent.                     Case Number: 5:07-HC-2072-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, on the Memorandum and Recommendation of United States Magistrate Judge James E. Gates.

**IT IS ORDERED AND ADJUDGED** that the court adopts the reasoning of the Magistrate Judge and that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

This Judgment Filed and Entered on November 29, 2011, with service on:
G. Norman Acker, III, Michael D. Bredenberg, R.A. Renfer, Jr. and Seth Wood, (via CM/ECF Notice of Electronic Filing)
Edwin C. Walker, (via CM/ECF Notice of Electronic Filing)
Record Center, FCI-Butner P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

November 29, 2011                                       /s/ Dennis P. Iavarone
                                                                                   Clerk